

Government Exhibit 2-Amended
Case 16-CR-1011



Official Report Of
**Iowa Department of Public Safety**
**DCI Criminalistics Laboratory**
2240 South Ankeny Boulevard
Ankeny, Iowa 50023-9093
(515) 725-1500

2016-00575 Report 1
**LAB CASE NUMBER**

10/17/2016
**REPORT DATE**

Firearms / Toolmarks
Examination Report of
Victor M. Murillo

See Code of Iowa Section 691.2 Presumption of qualification - evidence -- testimony. "It shall be presumed that any employee or technician of the criminalistics laboratory is qualified or possesses the required expertise to accomplish any analysis, comparison, or identification done by the employee's employment in the criminalistics laboratory. Any report, or copy of a report, or the findings of the criminalistics laboratory shall be received in evidence, if determined to be relevant, in any court, preliminary hearing, grand jury proceeding, civil proceeding, administrative hearing, and forfeiture proceeding in the same manner and with the same force and effect as if the employee or technician of the criminalistics laboratory who accomplished the requested analysis, comparison, or identification had testified in person..."

| | | |
|---|---|---|
| **AGENCY:** | Dubuque Police Department | **CASE TYPE:** Weapon Offenses |
| **AGENCY CASE NUMBER:** | 2015-010983 | **OFFENSE DATE:** December 1, 2015 |
| **CASE OFFICER:** | Nicholas Schlosser | |
| **SUSPECT(S):** | Reginald Darnell Shaw<br>Camron Andrew Pete | **VICTIM(S):** |

### Firearms / Toolmarks Examination Report

**ITEMS AS DESCRIBED BY SUBMITTING AGENCY:**

On January 07, 2016, Jeremy Mootz with Dubuque County Sheriff's Office submitted the following item(s) to Kathleen Kinseth (DCI Lab):

| Lab # | Agency # | Description |
|---|---|---|
| 1 | 1 | Ruger 9mm handgun Model# 9E serial# 335-55300 with magazine containing 27 rounds. |
| 2 | 2 | Hi-point 9mm Model# C9 serial# p1758713 with magazine containing 8 rounds. |
| 3 | 3 | Taurus 9mm Model# millennium PT 111PRO serial# TEU86882 with magazine containing 11 rounds. |
| 4 | 4 | Ruger 9mm magazine containing 7 rounds. |
| 5 | 5 | Hornady box with 3 live R&P Luger 9mm rounds. |
| 6 | 6 | Bullet fragment found in 611 University, Dubuque Iowa. |
| 7 | 7 | 9mm Hornady spent casing. |
| 8 | 8 | 9mm Hornady spent casing. |
| 9 | 10 | 9mm Hornady spent casing. |
| 10 | 11 | 9mm Hornady spent casing. |
| 11 | 12 | 9mm Hornady spent casing. |
| 12 | 13 | 9mm Hornady spent casing. |
| 13 | 14 | 9mm W.I.N spent casing. |
| 14 | 15 | 9mm Hornady spent casing. |
| 15 | 16 | 9mm Hornady spent casing. |
| 16 | 17 | 9mm Hornady spent casing. |
| 17 | 9 | 9mm Hornady spent casing. |

**RESULTS OF FIREARMS / TOOLMARKS EXAMINATION BY: Victor M. Murillo**

1,4  The Ruger Model 9E, 9mm Luger semiautomatic pistol, bearing serial number 335-55300 (Item 1) was examined and test fired. The resulting test fired bullets and cartridge cases were recovered for comparison purposes. The test fired bullets and cartridge cases will be retained in the firearms section of the laboratory for a minimum of five years, until they are destroyed. The Ruger pistol was in good physical condition and mechanically functioned as the manufacturer intended. The pistol was submitted with one extended Pro-Mag magazine which intermittently functioned in the Ruger pistol. The magazine was slightly modified to fit in the

AR
10/17/16

Dubuque
Page 1 of 2

Ruger pistol and would cause the internal trigger bar to not move correctly. The trigger sometimes had to be manually reset to fire an additional shot. The magazine was submitted with twenty-seven (27) Winchester and Hornady 9mm Luger cartridges.

The Ruger magazine (Item 4) was also examined and functioned and fit in the Ruger pistol (Item 1).

1 vs. 13   The one (1) fired Winchester 9mm Luger cartridge case (Item 13) was identified as having been fired in the Ruger pistol (Item 1).

2   The Hi-Point C9, 9mm Luger semiautomatic pistol, bearing serial number P1758713 (Item 2) was examined and test fired. The resulting test fired bullets and cartridge cases were recovered for comparison purposes. The test fired bullets and cartridge cases will be retained in the firearms section of the laboratory for a minimum of five years, until they are destroyed. The Hi-Point pistol was in good physical condition and mechanically functioned as the manufacturer intended. The pistol was submitted with one loaded eight-round magazine which fit and functioned in the Hi-Point pistol. The magazine contained eight (8) Aguila and Remington-Peters 9mm Luger cartridges.

3   The Taurus Millenium PT111 Pro, 9mm Luger semiautomatic pistol, bearing serial number TEU86882 (Item 3) was examined and test fired. The resulting test fired bullets and cartridge cases were recovered for comparison purposes. The test fired bullets and cartridge cases will be retained in the firearms section of the laboratory for a minimum of five years, until they are destroyed. The Taurus pistol was in good physical condition and mechanically functioned as the manufacturer intended. The pistol was submitted with one loaded twelve-round magazine containing seven (7) Aguila and four (4) Remington-Peters 9mm Luger FMJ cartridges.

3 vs. 7-12, 14-17   The ten (10) fired Hornady 9mm Luger cartridge cases (Items 7, 8, 9, 10, 11, 12, 14, 15, 16 and 17) were identified as having been fired in the Taurus pistol (Item 3).

1,3 vs. 6   The one small fired copper-jacketed lead bullet fragment (Item 6) was examined and weighed 11.0 grains and reflected one land with a right-hand twist. The rifling information on the bullet fragment was similar in class characteristics to the rifling on the test fired bullets from both of the pistols (Items 1 and 3). The results of the microscopic examinations and comparisons between the fragment (Item 6) and the pistols (Items 1 and 3) were inconclusive.

Images of one of the test fired cartridge cases (Items 1, 2 and 3) were entered and searched in the National Integrated Ballistics Information Network (NIBIN) databases in Iowa, Illinois and Nebraska, resulting in no matches at this time. The images will be retained in the NIBIN databases for future correlations. The fired bullets do not meet laboratory criteria for NIBIN entry. The laboratory's current NIBIN system is not capable of capturing bullet images.

5   The one box of Hornady Critical Duty 9mm Luger ammunition (Item 5) was noted to possess three (3) Remington-Peters 9mm Luger FMJ cartridges.

**DISPOSITION OF EVIDENCE**

The examined items will be returned to the submitting agency under separate cover.

This report may contain opinions, conclusions or interpretations of the examiner whose signature appears below.

*Victor M. Murillo*

Victor M. Murillo, Criminalist

 

# IOWA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CRIMINAL INVESTIGATION
### LABORATORY RECEIPT

Assigned Date/Time: January 07, 2016  15:02:00

Case Number: **2016-00575**

| | |
|---|---|
| Crime: Weapon Offenses | Name of Case Officer(CO): Nicholas Schlosser |
| Date of Occurence: 12/01/2015 | Agency Name: Dubuque Police Department |
| Location of Offense: 611 University #1 | Co E-mail Address: nschloss@cityofdubuque.org |
| How Received at Lab: Hand Delivered | Agency Phone: 563-589-4411 |
| Submission Case Officer: Nicholas Schlosser | Agency Case #: 2015-010983 |
| Submission Agency: Dubuque Police Department | Delivery Officer: Jeremy Mootz |
| Submission Agency Case #: 2015-010983 | Agency of D.O.: Dubuque County Sheriff's Office |

| Name Type | Name | Race | Sex | DOB | ID |
|---|---|---|---|---|---|
| S | Shaw, Reginald Darnell | B | M | 09/25/1991 | DCI# - 01034092<br>SSN# - 356862221<br>FBI# - IA01034892<br>DL# - S0007249134504 |
| S | Pete, Camron Andrew | B | M | 04/28/1992 | DCI# - 00900885<br>SSN# - 387112979<br>DL# - 462AF5893<br>FBI# - 48667JD1 |

*[signature]*

**SIGNATURE OF DELIVERY OFFICER**
Jeremy Mootz  Dubuque County SO

*[signature: Kathleen Kinseth]*

**RECEIVED IN LABORATORY BY:**
Kathleen Kinseth
Evidence Technician

**SPECIAL REQUESTS OR INFORMATION**

Submission Comments: Dubuque police investigated a shooting on 12/1/2015 and during that investigation located items #4,6,7,8,9,10,11,12,13,14,15,16,17. On 12/5/2015 Police made a traffic stop and took at into evidence items #1,2,3 and 5. Suspect Shaw told police that Pete did the shooting and used items #1 and 3. Shaw said he did not shoot and had Item #2. Please check the functionality of Items #1,2,3 and check to see if Item #4 was used in Item #1 and also check to see if Items #6,7,8,9,10,11,12,13,14,15,16 and 17. Also see if items #6,7,8,9,10,11,12,13,15,16 and 17 are the same brand as the box of item #5.

OFFENSES: Firearms - Property Damage
Firearms - Felon In Possession

| Item# | Package | Item Description | Item Type | Dept. Item Number | Service Requested |
|---|---|---|---|---|---|
| 1 | Sealed Box | Ruger 9mm handgun Model# 9E serial# 335-55300 with magazine containing 27 rounds. | Firearm | 1 | FA-C, FA-E, FA-N |

DCI - 17 Approved 4:03 VI.1

| | | | | | |
|---|---|---|---|---|---|
| 2 | Sealed Box | Hi-point 9mm Model# C9 serial# p1758713 with magazine containing 8 rounds. | Firearm | 2 | FA-E, FA-C, FA-N |
| 3 | Sealed Box | Taurus 9mm Model# millennium PT 111PRO serial# TEU86882 with magazine containing 11 rounds. | Firearm | 3 | FA-N, FA-E, FA-C |
| 4 | Sealed Paper Bag | Ruger 9mm magazine containing 7 rounds. | Firearm Accessory (Scope,Sling,Magazine) | 4 | FA-C |
| 5 | Sealed Paper Bag | Hornady box with 3 live R&P Luger 9mm rounds. | Firearm Accessory (Scope,Sling,Magazine) | 5 | FA-C |
| 6 | Sealed Envelope | Bullet fragment found in 611 University, Dubuque Iowa. | Bullet Fragment(s) | 6 | FA-C |
| 7 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 7 | FA-C |
| 8 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 8 | FA-C |
| 9 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 10 | FA-C |
| 10 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 11 | FA-C |
| 11 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 12 | FA-C |
| 12 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 13 | FA-C |
| 13 | Sealed Envelope | 9mm W.I.N spent casing. | Cartridge Case(s) Fired | 14 | FA-C |
| 14 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 15 | FA-C |
| 15 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 16 | FA-C |
| 16 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 17 | FA-C |
| 17 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 9 | |

## IOWA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CRIMINAL INVESTIGATION
### FIREARMS WORKSHEET

PACKAGING: 3 box c pistol + sep loaded mag

CASE FILE #: 2016-575    DATE: 10/11/16

EXHIBIT: 1    EXAMINER: VM

TRADE NAME: RUGER    MANUF.: STURM, RUGER + CO INC

MODEL: 9E    FINISH/COMP: Blue/polymer    CAL/GAUGE: 9mm x 19

FIREARMS DESCRIPTION AND TYPE: Pistol, Semi Auto

SERIAL NUMBER & LOCATION: 335-55300 Rt side of frame

TYPE OF SAFETY & LOCATION: trigger block, L/R rear of frame

SAFETY FUNCTIONAL Y/N: yes

BBL LENGTH: ~4 1/8"    CHOKE SIZE: n/a

CHAMBER LENGTH: 9mm L    SCREW-IN CHOKE: Y/N  n/a

OVERALL LENGTH: ~7 1/2"    TRIGGER PULL S/A: n/a  D/A: 8.0 lbs

NO. LANDS & GROOVES, DIR. TWIST: 6R    CYLINDER ROTATION: CW/CCW n/a  CAP: n/a

FPN CLASS: hemis    BREECHFACE CLASS: P

EXT LOC: 3    EJT LOC: 7

DET. MAG: ✓    MAG. UNDER BBL: n/a    MAG. IN BUTT: n/a    CAP: >17

PHYSICAL CONDITION: Good

BARREL CONDITION: Good

MECHANICAL CONDITION: Good

ADDITIONAL INFORMATION:
laser sight attached to frame rail - not functional
looked Extended PRO-MAG magazine submitted w/ 15 WIN JHP 9mmL cartridges
and Twelve (12) HORNADY JSP 9mmL cartridges (Crit Def?)

# TEST FIRES - 36   Pro mag magazine plus tab on top that rubs on    NIBIN
AMMO REFERENCE - UAB   chamber - trigger will not consistly    IBIS Y/N   Bullet CC   HIT Y/N
T2T Exam, Bullet-   CC- reset correctly    ID TO Case #

4) 3 sacks c one Ruger SR9 9x19mm Mag c 4 Aguila FMJ
2 RIP and 1-WINJHP

VM 10/13/16

magazine good in pistol Item I

# IOWA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CRIMINAL INVESTIGATION
### FIREARMS WORKSHEET

PACKAGING: 3 box c̄ pistol + sep loaded mag

CASE FILE #: 2016-575
DATE: 10/11/16
EXHIBIT: 2
EXAMINER: PM
TRADE NAME: Hi-Point
MANUF.: Hi-Point Firearms (Beemiller Inc.)
MODEL: C9
FINISH / COMP: Blue/polymer
CAL / GAUGE: 9mm Luger

FIREARMS DESCRIPTION AND TYPE (Rifle, Shotgun, Pistol) (Revolver, Semiauto): Pistol, Semi Auto

SERIAL NUMBER & LOCATION: P1758713 bottom front of frame
TYPE OF SAFETY & LOCATION: magazine / thumb activ. trigger block/sear block L of frame
SAFETY FUNCTIONAL Y / N: yes / yes

BBL LENGTH: ~3½"
CHOKE SIZE: n/a
CHAMBER LENGTH: 9mm L
SCREW-IN CHOKE: Y / N   n/a
OVERALL LENGTH: ~6¾"
TRIGGER PULL S/A: 8¾ lbs  D/A: n/a
NO. LANDS & GROOVES, DIR. TWIST: 8L
CYLINDER ROTATION: CW / CCW   CAP:
FPN CLASS: hemis
BREECHFACE CLASS: P
EXT LOC: 3
EJT LOC: FPN
  dummies
DET. MAG: ✓
MAG. UNDER BBL: n/a
MAG. IN BUTT: n/a
CAP: 8+1

PHYSICAL CONDITION: Good
BARREL CONDITION: Good
MECHANICAL CONDITION: Good

ADDITIONAL INFORMATION:
mag c̄ 6 Aguila and 2 R.P 9mm L FMJ cartridges
5) 3 sack c̄ plastic bag c̄ one box of Hornady Crit Defy, 25 rnd box, 9mm Luger +P 135gr Flexlock #90226, Lot# 166132 c̄ 3 R.P 9mm L FMJ cartridges

# TEST FIRES - 3
AMMO REFERENCE - WB
T2T Exam, Bullet-    CC-
IBIS Y / N    NIBIN Bullet / CC    HIT Y / N
ID TO Case #

4 of 11
10/11/16

## IOWA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CRIMINAL INVESTIGATION
## FIREARMS WORKSHEET

PACKAGING: 3 box c̄ pistol + sep loaded mag

CASE FILE # 16-575  DATE 10/11/16

EXHIBIT 3  EXAMINER MM (BRAZIL)

TRADE NAME TAURUS  MANUF. TAURUS INT MFG LA

MODEL PT111 PRO Millennium  FINISH / COMP Blue/polymer  CAL / GAUGE 9mm PARA

FIREARMS DESCRIPTION AND TYPE (Rifle, Shotgun, Pistol) (Revolver, Semiauto)

SERIAL NUMBER & LOCATION  TEU86882  Rt side of slide / rear frame

TYPE OF SAFETY & LOCATION  trigger block  L of frame

SAFETY FUNCTIONAL Y / N  yes

BBL LENGTH  ~3¼"  CHOKE SIZE  n/a

CHAMBER LENGTH  9mm L  SCREW-IN CHOKE  Y/N  n/a

OVERALL LENGTH  ~6¼"  TRIGGER PULL S/A  5¼ lbs  D/A  4½ lbs

NO. LANDS & GROOVES, DIR. TWIST  6 R  CYLINDER ROTATION  CW/CCW  CAP  n/a

FPN CLASS  hemis  BREECHFACE CLASS  P

EXT LOC  4  EJT LOC  8

DET. MAG  ✓  MAG. UNDER BBL  n/a  MAG. IN BUTT  n/a  CAP  12+1

PHYSICAL CONDITION:  Good

BARREL CONDITION:  Good

MECHANICAL CONDITION:  Good

ADDITIONAL INFORMATION:
PT111 PRO cal 9mm mag c̄ 7 Aguila and 4 R-P 9mmL FMJ cartridges

# TEST FIRES - 3
AMMO REFERENCE LAB
T2T Exam, Bullet-  CC-

NIBIN
IBIS Y/N  Bullet CC  HIT Y/N
ID TO Case #

50ft
MM  10/13/16
WS
10/17/16

## IOWA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CRIMINAL INVESTIGATION
## BULLET WORKSHEET

Case File Number: 16-575    Date: 10/11/16    Examiner: LM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Laboratory Item | 6 | | | | | | |
| Packaging | | | | | | | |
| Contributor Item | | | | | | | |
| Source of Item | | | | | | | |
| Caliber | unknown | | | | | | |
| Type | Cu/Pb frag | | | | | | |
| No. L & G | 1 LI vis | | | | | | |
| Dir. Twist | R | | | | | | |
| Wt. Grains | 11.0 | | | | | | |
| Width of L. Imp. | .058 | | | | | | |
| Width of G. Imp. | | | | | | | |
| Shape of Base | unknown | | | | | | |
| Cannelures | none vis | | | | | | |
| Manufacturer | unknown | | | | | | |
| Contamination | debris | | | | | | |
| Damage | frag only / twisted / distorted / no nose | | | | | | |
| NIBIN | No | | | | | | |

REMARKS: 6 x Tests 1 + 3
Similar class - Item 6 distorted + bent
Insuff. indiv:
Inconclusive results

LM
10/14/16

(=) Identification, (~) Class Only (inconclusive)

DCIL FIR-03, Approved 11-24-10



# IOWA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CRIMINAL INVESTIGATION

### FIRED CARTRIDGE CASE WORKSHEET

Pkg_

Case File No: 2016-575        Date: 10/11/16        Examiner: M

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Laboratory Item | 7,8,9,10,11,12,14,15,16,17 | | | | 13 | | | | |
| Contributor Item | | | | | | | | | |
| Source of Item | | | | | | | | | |
| Caliber/Gauge | 9mmL | | | | 9mmL | | | | |
| Headstamp | HORNADY 9mm LUGER +P | ○ | ○ | ○ | WIN 9mm LUGER | ○ | ○ | ○ | ○ |
| Primer Finish | Br | | | | Br | | | | |
| Case Finish | Ni | | | | Ni | | | | |
| Manufacturer | Hornady | | | | Winchester | | | | |
| FP | hemis | | | | hemis | | | | |
| EX | ✓ | | | | ✓ | | | | |
| EJ | | | | | | | | | |
| BF | P | | | | P | | | | |
| Contamination | none | | | | none | | | | |
| Condition | good / photos | | | | good | | | / photos | |
| NIBIN | | | | | | | | | |

Remarks: 3TF = 7=8=9=10=11=12=14=15=16=17          1TF = 13

ID confirmed
10/13/16 CWB

ID confirmed
10/13/16 CWB

(=) Identification, (~) Class Only (inconclusive)

DCIL FIR-04b, Approved 10-31-11



   

16-00575 1TF VS 13 SHEAR   16-00575 1TF VS 13 SHEAR2   16-00575 1TF VS 13 SHEAR3   16-00575 1TF VS 13 SHEAR4   16-00575 3TF VS 7 SHEAR

    

16-00575 3TF VS 7   DSC_0001   DSC_0002   DSC_0003   DSC_0004

    

DSC_0005   DSC_0006   DSC_0007   DSC_0008   DSC_0009

  

DSC_0010   DSC_0011   DSC_0012

# IBIS TRAX HD3D MATCHPOINT

## Exhibit Information


**FORENSIC TECHNOLOGY**

### Case Details

| | |
|---|---|
| Case Number: | 16-00575 |
| Site Name: | IA-DCINBR1 |
| Originating Agency: | IA-DUBUQUE PD |
| Ori. Agency Ref.: | 2015-010983 |
| High Profile: | |
| Event Type: | Assault |
| Supervisor: | Victor M. Murillo |
| Occurrence: | 12/1/2015 |
| Creation: | 10/13/2016 1:59:31 PM |
| Created By: | Victor M. Murillo |
| Modification: | 10/13/2016 1:59:31 PM |
| Modified By: | Victor M. Murillo |
| Comments: | |

### Cartridge Case Exhibit Details

| | |
|---|---|
| Exhibit Number: | 1/TF |
| Caliber: | 9 mm Parabellum |
| Make: | Hornady Mfg. Co. |
| Firing Pin Shape: | Circle |
| Composition: | Brass Primer / Nickel Case |
| Double-Cast Comp.: | |
| Category: | Crime Test Fire: Terminated |
| Firearm Exhibit: | |
| Occurrence: | 12/1/2015 |
| Creation: | 10/13/2016 2:00:15 PM |
| Created By: | Victor M. Murillo |
| Modification: | 10/13/2016 2:06:51 PM |
| Modified By: | Victor M. Murillo |
| Last Acquisition: | 10/13/2016 2:06:50 PM |
| Last Acq. By: | Victor M. Murillo |
| BF Class Char.: | Parallel, Crosshatch, Granular, Smooth |
| Firing Pin Outline ø: | 0.066 inch |
| BF Inner Outline ø: | 0.064 inch |
| BF Outer Outline ø: | 0.139 inch |
| Comments: | |
| sr9mmpi dubq pd | |

Ejector - 6 o'clock Side Light
Not available

Ejector - 3 o'clock Side Light
Not available

10/17/2016
Victor M. Murillo

9 fll
VM
10/17/16

For official use only
Sensitive but unclassified

Case 2:16-cr-01011-CJW-MAR   Document 85-1   Filed 11/01/16   Page 11 of 14

11

# IBIS TRAX HD3D MATCHPOINT

## Exhibit Information


**FORENSIC TECHNOLOGY**

### Case Details

| | |
|---|---|
| Case Number: | 16-00575 |
| Site Name: | IA-DCINBR1 |
| Originating Agency: | IA-DUBUQUE PD |
| Ori. Agency Ref.: | 2015-010983 |
| High Profile: | |
| Event Type: | Assault |
| Supervisor: | Victor M. Murillo |
| Occurrence: | 12/1/2015 |
| Creation: | 10/13/2016 1:59:31 PM |
| Created By: | Victor M. Murillo |
| Modification: | 10/13/2016 1:59:31 PM |
| Modified By: | Victor M. Murillo |
| Comments: | |

### Cartridge Case Exhibit Details

| | |
|---|---|
| Exhibit Number: | 2/TF |
| Caliber: | 9 mm Parabellum |
| Make: | Winchester div., olin corp. |
| Firing Pin Shape: | Circle |
| Composition: | Brass Primer / Brass Case |
| Double-Cast Comp.: | |
| Category: | Crime Test Fire: Terminated |
| Firearm Exhibit: | |
| Occurrence: | 12/1/2015 |
| Creation: | 10/13/2016 2:07:54 PM |
| Created By: | Victor M. Murillo |
| Modification: | 10/13/2016 2:13:57 PM |
| Modified By: | Victor M. Murillo |
| Last Acquisition: | 10/13/2016 2:13:56 PM |
| Last Acq. By: | Victor M. Murillo |
| BF Class Char.: | Parallel, Crosshatch |
| Firing Pin Outline ø: | 0.069 inch |
| BF Inner Outline ø: | 0.077 inch |
| BF Outer Outline ø: | 0.147 inch |
| Comments: | hih9mmpi dubq pd |

Ejector - 6 o'clock Side Light

Not available

Ejector - 3 o'clock Side Light

Not available

10/17/2016
Victor M. Murillo

For official use only
Sensitive but unclassified

 

# Exhibit Information

**FORENSIC TECHNOLOGY**

## Case Details

| | |
|---|---|
| Case Number: | 16-00575 |
| Site Name: | IA-DCINBR1 |
| Originating Agency: | IA-DUBUQUE PD |
| Ori. Agency Ref.: | 2015-010983 |
| High Profile: | |
| Event Type: | Assault |
| Supervisor: | Victor M. Murillo |
| Occurrence: | 12/1/2015 |
| Creation: | 10/13/2016 1:59:31 PM |
| Created By: | Victor M. Murillo |
| Modification: | 10/13/2016 1:59:31 PM |
| Modified By: | Victor M. Murillo |
| Comments: | |

## Cartridge Case Exhibit Details

| | |
|---|---|
| Exhibit Number: | 3/TF |
| Caliber: | 9 mm Parabellum |
| Make: | Winchester div., olin corp. |
| Firing Pin Shape: | Circle |
| Composition: | Brass Primer / Brass Case |
| Double-Cast Comp.: | |
| Category: | Crime Test Fire: Terminated |
| Firearm Exhibit: | |
| Occurrence: | 12/1/2015 |
| Creation: | 10/13/2016 2:14:56 PM |
| Created By: | Victor M. Murillo |
| Modification: | 10/13/2016 2:27:15 PM |
| Modified By: | Victor M. Murillo |
| Last Acquisition: | 10/13/2016 2:27:14 PM |
| Last Acq. By: | Victor M. Murillo |
| BF Class Char.: | Parallel, Crosshatch, Granular, Smooth |
| Firing Pin Outline ø: | 0.072 inch |
| BF Inner Outline ø: | 0.071 inch |
| BF Outer Outline ø: | 0.143 inch |
| Comments: | tas9mmpi dubq pd |

Ejector - 6 o'clock Side Light

Not available

Ejector - 3 o'clock Side Light

Not available

For official use only
Sensitive but unclassified
10/17/2016
Victor M. Murillo
Case 2:16-cr-01011-CJW-MAR   Document 85-1   Filed 11/01/16   Page 13 of 14
Page 1 of 1
13

**From:** Murillo, Vic [DPS] [mailto:murillo@dps.state.ia.us]
**Sent:** Monday, October 31, 2016 9:35 AM
**To:** Hunt, Timothy J. (ATF) <Timothy.J.Hunt@usdoj.gov>; Vavricek, Tim (USAIAN) <TVavricek@usa.doj.gov>
**Cc:** nschloss@cityofdubuque.org
**Subject:** RE: VM / Pete Sentencing / Extended Magazine

Tim, just to clarify, the pistol will function and fire the first round with the magazine, so it will operate correctly for one shot. it's the follow-up shot that was intermittent, due to the magazine. so the second and any additional shots fired are the problem. this is consistent with the evidence in the case, in that only one fired cartridge case was matched to that firearm. I assume the firearm became non-functional after the first round. that is when the trigger had to be manually reset by the operator.

thanks for the update and good luck with your case.

vic

**Victor M. Murillo, *Criminalist***
Firearms and Toolmarks Section
Iowa Division of Criminal Investigation
Criminalistics Laboratory
2240 South Ankeny Boulevard
Ankeny, Iowa 50023

(515) 725-1500 wk.
(515) 559-7062 wk. cell
(515) 725-1520 fax

*NOTICE* This email message (including any file attachments transmitted with it) is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized use or disclosure of this email by an unintended recipient is prohibited. If you have received this email in error please notify the sender by return email and destroy all copies of the original message. No representation is made that this email or any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.