Hello,

I hope you are doing well. This is Camron Pete writing you a request to please send me a copy of my plea agreement. Also, will you please stamp the envelope with special mail so that it makes it directly to me personally. I'm really in need of my plea agreement, so if you could get that sent out to me as soon as possible that will be highly appreciated. Thank you + have a blessed day!

Sincerely,
Camron Pete

Dear Mr. Pete: The cost to receive a copy of your plea agreement is $5.50 and payment is required in advance made to Clerk, US District Court. /jjh

